UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SCOTT FRANK FIALHO,

    Plaintiff,

  v.

AULD, et al.,

    Defendants.

Case No. 21-cv-05809-WHO (PR)

**ORDER OF TRANSFER**

Plaintiff Scott Frank Fialho brings this 42 U.S.C. § 1983 action against employees of Mule Creek State Prison, which lies in the Eastern District of California.  Accordingly, this federal civil rights action is TRANSFERRED to the Eastern District of California, where venue properly lies because a substantial part of the events or omissions giving rise to the claims occurred there and because the named defendants reside therein.  *See* 28 U.S.C. §§ 84(b), 1391(b), and 1406(a).  The Clerk shall transfer this action forthwith.

**IT IS SO ORDERED.**

**Dated:**  September 16, 2021



WILLIAM H. ORRICK
United States District Judge